Abraham H. EINHORN, Trustee of the Estate of A. H. Kaplan, Inc., Bankrupt, Appellant, v. Albert H. KAPLAN, Appellee.

No. 5165.

Circuit Court of Appeals, Third Circuit.

Feb. 5, 1935.

Martin Feldman and Horenstein, Feldman & Harvey, all of Philadelphia, Pa., for appellant.

Abraham Wernick and Hyman Shane, both of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This case, one in bankruptcy, turns on its own particular facts. No precedent or novel principles are involved. The court below refused to make a turnover order on the bankrupt. After a study of the proofs and due consideration of all matters involved, we have reached the conclusion that in doing so the court committed no error. Therefore, its decree is affirmed.